*Renita A. Jordan*

*v.*

*Wesco Insurance Company, et al.*

Notice of Removal

**EXHIBIT A**

SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113

CASE NO.        SUMMONS NO.
CV17877764    D1  CM      32017139                    Rule 4 (B) Ohio

Rules of Civil
Procedure

RENITA A. JORDAN          PLAINTIFF
VS                                          SUMMONS
WESCO INSURANCE COMPANY ET AL.    DEFENDANT

WESCO INSURANCE COMPANY
NKA AMTRUST NORTH AMERICA
800 SUPERIOR AVE E 21ST FL
CLEVELAND OH 44114-0000

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to
answer the complaint within 28 days after service
of this summons upon you, exclusive of the day of
service.

Said answer is required to be served on:



Plantiff's Attorney

THOMAS P RYAN
1370 ONTARIO STREET

SUITE 2000
CLEVELAND, OH 44113-0000

Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

Case has been assigned to Judge:

JOHN P O'DONNELL
Do not contact judge. Judge's name is given for
attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas



DATE
Apr 17, 2017                By_____
Deputy

COMPLAINT FILED  03/23/2017

LMSN130

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| RENITA A. JORDAN<br>461 EAST 222ND STREET, F-12<br>EUCLID, OHIO 44123 )<br><br>Plaintiff, )<br><br>- vs - )<br><br>WESCO INSURANCE COMPANY )<br>5800 LOMBARDO CENTER )<br>SUITE 200 )<br>CLEVELAND, OHIO 44131 )<br><br>and )<br><br>ADMIRAL INSURANCE COMPANY )<br>1255 CALDWELL ROAD )<br>CHERRY HILL, NJ 08034 )<br><br>AND )<br><br>DARWIN SELECT INSURANCE )<br>COMPANY )<br>9 FARM SPRINGS ROAD )<br>FARMINGTON, CT. 06032 )<br><br>Defendants. ) | CASE NO:<br><br>JUDGE:<br><br>COMPLAINT<br><br>(Jury Demand Endorsed Hereon) |

Now comes the Plaintiff, Renita A. Jordan, by and through undersigned counsel, and brings the following Complaint:

1. This action is brought pursuant to O.R.C. § 3929.06, (Liability insurance applied to satisfaction of final judgment) against certain insurance providers to satisfy a judgment obtained by the Plaintiff, Renita Jordan, against Paul Kaufman.

1

2. On September 23, 2016, Judge Joan Synenberg of the Cuyahoga County Court of Common Pleas entered judgment against Paul Kaufman in favor of Renita Jordan in an amount of One Million, two-hundred thousand dollars.

3. A true and accurate copy of the judgment and journal entry against Paul Kaufman is attached to this complaint as Exhibit A.

4. During the period of time of July 22, 2011 through August 26, 2014, Paul Kaufman committed legal malpractice in his continued representation of Plaintiff Renita Jordan.

5. The legal malpractice began on July 22, 2011 and continued up to and including August 26, 2014.

6. Between March 15, 2009 and March 15, 2011, Paul Kaufman was insured by Defendant Darwin Select Insurance Company through policy number 0304-4936. A copy of the declaration page for this policy is attached as Exhibit B. Paul Kaufman was wrongfully told that he did not have coverage upon notifying his Insurance Carriers.

7. Based upon information and belief, Paul Kaufman notified Defendant Darwin Select Insurance Company of a claim made against him within the policy period, and/or an applicable extended policy coverage period.

8. Between March 15, 2011 and March 15, 2012, Paul Kaufman was insured by Defendant Admiral Insurance Company through policy number 91042806.

9. Between March 15, 2012 and March 15, 2013, Paul Kaufman was insured by Defendant Admiral Insurance Company through policy number 91094200.

2

10. Based upon information and belief, Paul Kaufman notified Defendant Admiral Insurance Company of a claim made against him within the policy period(s), and/or an applicable extended policy coverage period(s). Paul Kaufman was wrongfully told that he did not have coverage upon notifying his Insurance Carriers.

11. Between March 15, 2013 and March 15, 2014, Paul Kaufman was insured by Defendant Wesco Insurance Company through policy number WPP1025003.

12. Based upon information and belief, Paul Kaufman notified Defendant Wesco Insurance Company of a claim made against him within the policy period, and/or an applicable extended policy coverage period. Paul Kaufman was wrongfully told that he did not have coverage upon notifying his Insurance Carriers.

13. Based upon information and belief, insured Paul Kaufman made all payments required under the terms of the applicable policy provided by Defendants Darwin Select Insurance Company, Admiral Insurance Company and/or Wesco Insurance company.

14. Based upon knowledge and belief, insured Paul Kaufman complied with any and all prerequisites of the specific contractual policies provided by Defendants Darwin Select Insurance Company, Admiral Insurance Company and/or Wesco Insurance company for insurance coverage to apply to the judgment obtained against him by Plaintiff Renita Jordan.

15. Pursuant to O.R.C. § 3929.06, Plaintiff as judgment creditor, is filing the present action to order the applicable insurance carriers to pay the judgment obtained against their insured the full amount of the judgment obtained against the insured, Paul

3

Kaufman.

WHEREFORE Plaintiff demands judgment against the Defendants, jointly and severally, ordering the insurers to pay the judgment of One-Million-Two-Hundred-Thousand dollars ($1,200,000.00), plus costs and attorney fees incurred in the prosecution of this action.

Respectfully submitted,

Daniel J. Ryan   (#0012134)
Ryan LLP
55 Public Square
Suite 2100
Cleveland, Ohio 44113
Phone: (216) 363-6082
Fax:    (216) 696-1718
Email: daniel.ryan@ryanllp.com


Thomas P. Ryan   (#0082755)
Ryan LLP
55 Public Square
Suite 2100
Cleveland, Ohio 44113
Phone: (216) 363-6082
Fax:    (216) 696-1718
Email: thomas.ryan@ryanllp.com

4

## JURY DEMAND

Pursuant to Rule 38(B) of the Ohio Rules of Civil Procedure, Plaintiff demands a trial by jury

composed of the maximum number of jurors permitted by law.

Daniel J. Ryan
Attorney for Plaintiff

5



95811857

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

RENITA A. JORDAN
Plaintiff

2016 SEP 23 P 4: 08

CLERK OF COURTS
CUYAHOGA COUNTY

PAUL M. KAUFMAN ET AL.
Defendant

Case No: CV-15-843945

Judge: JOAN SYNENBERG

## JOURNAL ENTRY

92 DEFAULT - PARTIAL

CASE CALLED FOR DEFAULT HEARING ON 9/23/2016. PLAINTIFF APPEARED THROUGH COUNSEL; DEFENDANT FAILED TO APPEAR. PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT IS UNOPPOSED AND GRANTED. THE COURT FINDS THAT PROPER SERVICE OF PROCESS ON DEFENDANT HAS BEEN OBTAINED, AND THAT DEFENDANT HAS FAILED TO PLEAD OR OTHERWISE RESPOND WITHIN THE TIME PERIOD SPECIFIED UNDER CIV.R. 12.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT PURSUANT TO CIV.R. 55, DEFAULT JUDGMENT BE RENDERED IN FAVOR OF THE PLAINTIFF AND AGAINST THE DEFENDANT PAUL KAUFMAN. THE PARTIES HAVE A RIGHT TO APPEAL THIS JUDGMENT AND THERE IS NO JUST REASON FOR DELAY.

***ORDER SEE JOURNAL.

PURSUANT TO CIV.R. 58(B), THE CLERK OF COURTS IS DIRECTED TO SERVE THIS JUDGMENT IN A MANNER PRESCRIBED BY CIV.R. 5(B). THE CLERK MUST INDICATE ON THE DOCKET THE NAMES AND ADDRESSES OF ALL PARTIES; THE METHOD OF SERVICE, AND THE COSTS ASSOCIATED WITH THIS SERVICE.

*OSJ*

_____     _____
Judge Signature                              Date

- 92
09/23/2016

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| RENITA A. JORDAN, | ) | CASE NO: CV-15-843945 |
| | ) | |
| PLAINTIFF | ) | JUDGE JOAN SYNENBERG |
| | ) | |
| VS | ) | **JUDGMENT** |
| | ) | |
| PAUL KAUFMAN, ET AL. | ) | FOR PLAINTIFF RENITA JORDAN |
| | ) | AGAINST |
| DEFENDANTS. | ) | DEFENDANT PAUL KAUFMAN |

The above captioned matter came on hearing with this Court on the 23rd day of September 2016 concerning the Motion for Default Judgement as to Defendant Paul Kaufman made by Plaintiff Renita Jordan. The Defendant Paul Kaufman pursuant to the docket of this Court shows that he was properly served with the Complaint in this matter setting out that he had committed negligence in the representation of the Plaintiff. Defendant Kaufman has failed to timely file an Answer or any other pleading as required by the Civil Rules of Procedure.

Further the Court has been presented evidence through affidavit and testimony that the Plaintiff has suffered permanent disfigurement and financial loss. The Plaintiff will remain in such condition for the rest of her life. Because of the extent of the injury, the permanency of the disfigurement, and the loss of her ability to earn, the court finds the total amount of such damages to be one million two hundred thousand dollars. Such loss would have been recovered had the Defendant Paul Kaufman not failed to properly represent the Plaintiff. The Defendant because of such failure has directly caused the loss suffered by the Plaintiff.

THEREFORE, IT IS ORDERED ADJUDGED AND DECREED that judgment is entered for the Plaintiff Renita Jordan against the Defendant Paul Kaufman in the amount of one million, two hundred thousand dollars ($ 1,200,000.00), the costs of the action, and further defendant Paul Kaufman is to pay statutory interest commencing on October 1, 2016.

FURTHER Defendant Paul Kaufman is to pay all costs incurred in the Prosecution of this action.

IT IS SO ORDERED.

JUDGE JOAN SYNENBERG

Electronically Filed 03/23/2017 10:01 / / CV 17 877764 / Confirmation Nbr. 1020704 / CLKMG



# Lawyers Professional Liability Insurance Policy Declarations

☒   **Darwin National Assurance Company**

**Policy Number:** 0304-4936

**Main Administrative Office Address:**
9 Farm Springs Road
Farmington, CT 06032

**Corporate Address:**
1807 North Market Street
Wilmington, DE  19802

THIS IS A CLAIMS MADE POLICY WHICH APPLIES ONLY TO CLAIMS FIRST MADE DURING THE POLICY PERIOD OR ANY EXTENDED REPORTING PERIOD, AND REPORTED IN ACCORDANCE WITH SECTION IV.I. OF THE POLICY.  THE LIMIT OF LIABILITY AVAILABLE TO PAY DAMAGES WILL BE REDUCED AND MAY BE EXHAUSTED BY CLAIMS EXPENSES AND CLAIMS EXPENSES WILL BE APPLIED AGAINST THE RETENTION AMOUNT.   IN NO EVENT WILL THE INSURER BE LIABLE FOR CLAIMS EXPENSES OR DAMAGES IN EXCESS OF THE APPLICABLE LIMIT OF LIABILITY.  PLEASE READ THE ENTIRE POLICY CAREFULLY.

**Item 1. Name and Mailing Address of Named Insured:**

Paul M. Kaufman
50 Public Square, #801
801 Terminal Tower
Cleveland, OH 44113

**Item 2. Policy Period:**

Inception Date:      March 15, 2010
Expiration Date:    March 15, 2011

At 12:01AM Standard Time at the Mailing Address shown above

**Item 3. Limit of Liability (inclusive of Claims Expenses):**

(a)   $1,000,000 maximum limit of liability per **CLAIM**

(b)   $1,000,000 maximum aggregate limit of liability for all **CLAIMS**

**Item 4. Retention:**

$10,000 each and every **CLAIM**

**Item 5. Notices required to be given to the Insurer must be addressed to:**

For Notice of Claims and Circumstances:
noticeofloss@darwinpro.com

For All Other Notices:
9 Farm Springs Road
Farmington, CT 06032

DRWN E4405 (9/2008)

Electronically Filed 03/23/2017 10:01 / / CV 17 877764 / Confirmation Nbr. 1020704 / CLKMG

**Item 6. Premium:**

Total Premium: $4,800

**Item 7. Retroactive Date:**

March 15, 2004

**Item 8. Endorsements Attached at Issuance:**

1. e1100 (09/2008) Ohio State Amendatory
2. v1788 (09/2008) Office or Expense Sharing Exclusion
3. v2115 (05/2009) Privacy Wrongful Acts Coverage, With Notice And Credit Monitoring Costs
4. v2485 (09/2009) Coverage Clarification, Not-For-Profit Directors And Officers Coverage

THESE DECLARATIONS, THE POLICY FORM, ANY ENDORSEMENTS AND THE APPLICATION CONSTITUTE THE ENTIRE AGREEMENT BETWEEN THE INSURER AND THE INSURED RELATING TO THIS INSURANCE.

**In Witness Whereof, the Insurer has caused this Policy to be executed by its authorized officers.**

_____
SECRETARY

_____
PRESIDENT

_____
AUTHORIZED SIGNATURE

_____
Licensed Agent

_____
License Number

**If the policyholder wishes to present inquiries or obtain information about coverage or to provide assistance in resolving complaints, please contact Darwin Professional Underwriters at (860) 284-1300.**

DRWN E4405 (9/2008)



# Lawyers Professional Liability Insurance Policy Declarations

☐ **Darwin National Assurance Company**

☒ **Darwin Select Insurance Company**
 9 Farm Springs Road
 Farmington, CT 06032

**Policy Number:** 0304-4936

THIS IS A CLAIMS MADE POLICY WHICH APPLIES ONLY TO CLAIMS FIRST MADE AND REPORTED DURING THE POLICY PERIOD OR ANY EXTENDED REPORTING PERIOD. THE PAYMENT OF CLAIMS EXPENSES REDUCES AND MAY EXHAUST THE LIMIT OF LIABILITY. PLEASE READ AND REVIEW THE POLICY CAREFULLY.

**Item 1. Name and Mailing Address of Named Insured:**

Paul M. Kaufman
50 Public Square, #801
Cleveland, OH 44113

**Item 2. Policy Period:**

Inception Date:     March 15, 2009
Expiration Date:    March 15, 2010

At 12:01AM Standard Time at the Mailing Address shown above

**Item 3. Limit of Liability (inclusive of Claims Expenses):**

(a)  $1,000,000 maximum limit of liability per **CLAIM**

(b)  $1,000,000 maximum aggregate limit of liability for all **CLAIMS**

**Item 4. Retention:**

$25,000 each and every **CLAIM**

**Item 5. Notices required to be given to the Insurer must be addressed to:**

Darwin Professional Underwriters, Inc.
9 Farm Springs Road
Farmington, CT 06032

**Item 6. Premium:**

Total Premium: $9,593

The insurance hereby evidenced is written by an approved nonlicensed insurer in the State of Ohio and is not covered in case of insolvency by the Ohio Insurance Guaranty Association.

DRWN E4005 (2/2008)

**Item 7. Retroactive Date:**

March 15, 2004

**Item 8. Extended Reporting Periods:**

(a) Cancellation or refusal to renew Extended Reporting Period under Section IV(G)(1):

12 Months, Additional Premium: 150% of Annual Premium;

(b) Non-Practicing Extended Reporting Period under Section IV(G)(2):

36 Months, Additional Premium: $31,177 per attorney; only available if conditions specified in Section IV(G)(2) are met.

**Item 9. Endorsements Attached at Issuance:**

1. s1006 DSI (04/2005) Service Of Suit
2. v1788 (06/2006) Office Or Expense Sharing Exclusion
3. v2212 (02/2008) Privacy Wrongful Acts Coverage, With Notice And Credit Monitoring Costs

THESE DECLARATIONS, THE POLICY FORM, ANY ENDORSEMENTS AND THE APPLICATION CONSTITUTE THE ENTIRE AGREEMENT BETWEEN THE INSURER AND THE INSURED RELATING TO THIS INSURANCE.

**In Witness Whereof, the Insurer has caused this Policy to be executed by its authorized officers.**

_____
SECRETARY

_____
PRESIDENT

_____
AUTHORIZED SIGNATURE

DRWN E4005 (2/2008)

Electronically Filed 03/23/2017 10:01 / / CV 17 877764 / Confirmation Nbr. 1020704 / CLKMG

# Admiral Insurance Company

1255 Caldwell Road.  Cherry Hill, NJ 08034

**Declarations Page**

## Lawyers Professional Liability·Insurance

CLAIMS MADE WARNING FOR DECLARATIONS: THIS POLICY PROVIDES COVERAGE ON A CLAIMS MADE AND REPORTED BASIS SUBJECT TO ITS TERMS. THIS·POLICY APPLIES ONLY TO ANY CLAIM FIRST MADE AGAINST THE INSUREDS AND REPORTED TO THE INSURER DURING THE POLICY PERIOD OR ANY EXTENDED REPORTING PERIOD THAT MAY APPLY.

CLAIMS MADE WARNING FOR DECLARATIONS: THIS POLICY PROVIDES COVERAGE ON A CLAIMS MADE AND REPORTED BASIS SUBJECT TO ITS TERMS. THIS POLICY APPLIES ONLY TO ANY CLAIM FIRST MADE AGAINST THE INSUREDS AND REPORTED TO THE INSURER DURING THE POLICY PERIOD OR ANY·EXTENDED REPORTING PERIOD THAT MAY APPLY.

Whenever printed in this Declarations Page, the boldface type terms shall have the same meanings as.indicated in the Policy.

Policy Form: LPL 9300 (04-09)      Policy Number:·91094200

Item 1.   Name and Address of Named Insured:
Paul M. Kaufman. Attorney at Law
Suite 801
·50 Public Square
Cleveland, OH 44113

OHIO DISCLOSURE NOTICE
THE INSURANCE HEREBY EVIDENCED IS WRITTEN BY AN APPROVED NON-LICENSED INSURER IN THE STATE OF OHIO AND IS NOT COVERED IN CASE OF INSOLVENCY BY THE OHIO INSURANCE GUARANTY ASSOCIATION.

Person designated to receive all correspondence from the Insurer:
Paul M. Kaufman
Owner

Item 2.   Policy Period.    From March 15, 2012 (inception date) to March 15, 2013 (expiration date)
*(Both dates at 12:01 a.m. Standard Time at·the address of the Named Insured)*

Item 3.   Limit of Liability for the Policy Period (inclusive of Damages and Claims Expense):
     A.   $1,000,000 each Claim, but in no event exceeding
     B.   $1,000.000 in the aggregate for all Claims.

Item 4.   Applicable Deductible:      $10,000

Item 5   Premium:      $8.250

Item 6.   Endorsements attached:
LPL 91200 (04-09)    Service of Suit
LPL 94310 (04-09)    Addition to Section IV. Past Acts Exclusion

Item 7.   Notice to the Insurer as provided·in sections VII. A. and VII. B. and any information furnished to the Insurer as provided in section VI. A. shall be sent to:.
   Monitor Liability Managers, LLC, Claims Department
   Address: 2850 West Golf Road, Suite 800. Rolling Meadows. IL 60008-4039
   Fax:    (847) 806-4017    Email:    newclaim@monitorliability.com

All other notices required to be given to the Insurer under this Policy shall be sent to:
   Monitor Liability Managers, LLC
   Address: 2850 West Golf Road, Suite 800, Rolling Meadows. IL 60008-4039
   Fax:    (847) 806-6282

These Declarations along with the completed and signed Proposal and the Lawyers Professional Liability Insurance Policy shall constitute the contract between the Insureds and the Insurer.

Authorized Representative: *Sandra C Nelson*      Date Issued:    March 30. 2012

# Admiral Insurance Company

1255 Caldwell Road, Cherry Hill, NJ 08034

**Declarations Page**

## Lawyers Professional Liability Insurance

CLAIMS MADE WARNING FOR DECLARATIONS: THIS POLICY PROVIDES COVERAGE ON A CLAIMS MADE AND REPORTED BASIS SUBJECT TO ITS TERMS. THIS POLICY APPLIES ONLY TO ANY CLAIM FIRST MADE AGAINST THE INSUREDS AND REPORTED TO THE INSURER DURING THE POLICY PERIOD OR ANY EXTENDED REPORTING PERIOD THAT MAY APPLY.

PLEASE READ AND REVIEW THE POLICY CAREFULLY AND DISCUSS THE COVERAGE WITH YOUR INSURANCE AGENT OR BROKER.

Whenever printed in this Declarations Page, the boldface type terms shall have the same meanings as indicated in the Policy.

Policy Form: LPL 9300 (04-09)　　　　　　　　　　　　　　　　　　　　　　　Policy Number: 91042806

Item 1.　　Name and Address of **Named Insured**:

Paul M. Kaufman, Attorney at Law
Suite 801
50 Public Square
Cleveland, OH 44113

Person designated to receive all correspondence from the **Insurer**:
Paul M. Kaufman
Owner

**OHIO DISCLOSURE NOTICE**
THE INSURANCE HEREBY EVIDENCED IS WRITTEN BY AN APPROVED NON-LICENSED INSURER IN THE STATE OF OHIO AND IS NOT COVERED IN CASE OF INSOLVENCY BY THE OHIO INSURANCE GUARANTY ASSOCIATION.

Item 2.　　**Policy Period**:　　From March 15, 2011 (inception date) to March 15, 2012 (expiration date)
　　　　　　　　　　　　　　　(Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured**)

Item 3.　　Limit of Liability for the **Policy Period** (inclusive of **Damages** and **Claims Expense**):

　　A. $1,000,000 each **Claim**, but in no event exceeding
　　B. $1,000,000 in the aggregate for all **Claims**.

Item 4.　　Applicable Deductible:　　　　　　　　　　$10,000

Item 5.　　Premium:　　　　　　　　　　　　　　　$7,500

Item 6.　　Endorsements attached:

LPL 91200 (04-09)　　Service of Suit
LPL 94310 (04-09)　　Addition to Section IV. Past Acts Exclusion

Item 7.　　Notice to the **Insurer** as provided in sections VII. A. and VII. B. and any information furnished to the **Insurer** as provided in section VI. B. shall be sent to:

Monitor Liability Managers, LLC, Claims Department
Address: 2850 West Golf Road, Suite 800, Rolling Meadows, IL 60008-4039
Fax:　　(847) 806-4017
Email:　newclaim@monitorliability.com

All other notices required to be given to the **Insurer** under this Policy shall be sent to:

Monitor Liability Managers, LLC
Address: 2850 West Golf Road, Suite 800, Rolling Meadows, IL 60008-4039
Fax:　　(847) 806-6282

These Declarations along with the completed and signed **Proposal** and the Lawyers Professional Liability Insurance Policy shall constitute the contract between the **Named Insured** and the **Insurer**.

Authorized Representative: _Sandra C Nelson_　　　　　　　　　　Date Issued:　April 26, 2011

Daniel J. Ryan
Direct – (216) 363-6082
Fax – (216) 696-1718
daniel.ryan@ryanllp.com


September 26, 2016


Wesco Insurance Company
5800 Lombardo Center, Suite 200
Cleveland, OH  44131


Re:    Renita Jordan v. Paul Kaufman
       Common Pleas Cuyahoga County Case No. CV-13-799672


Dear Sir or Madam:

This is to inform you, that I represent Renita Jordan concerning a malpractice claim against your insured Paul Kaufman.  Mr. Kaufman committed legal malpractice on July 15, 2013.  Notice of such malpractice according to Mr. Kaufman was made to you, but you have refused to honor his request to represent him in this matter.   He indicated that you have denied coverage.

Ms. Jordan has secured a judgment against Mr. Kaufman and now believes that such amount is covered within the bounds of the coverages you have provided to him.   I have enclosed a copy of the Judgment against Mr. Kaufman, a copy of his coverage period, and the docket showing when the malpractice occurred.  We are following up on again notifying you of this loss caused by Mr. Kaufman's failures.   At this time, we are demanding a copy of the policy that sets out the coverage period and any extensions.  I am hopeful that we can resolve this matter without seeking legal redress.


Very truly yours,


Daniel J. Ryan

DJR/cmb

Enclosures



Wesco Insurance
Company
5800 Lombardo Center
Suite 200
Cleveland, OH 44131

THIS IS A CLAIMS- MADE POLICY.
PLEASE READ THE POLICY
CAREFULLY.

## LAWYERS PROFESSIONAL LIABILITY POLICY
## DECLARATIONS

Policy Number: WPP1025003 00

---

**1.    Named Insured and Address**

Paul M. Kaufman, Attorney at Law

801 Terminal Tower
Cleveland, OH 44113

**2.  Policy Period**

Effective Date:        March 15, 2013

Expiration Date:       March 15, 2014

12:01 A.M. Standard Time at the address
of the Named Insured as stated herein.

---

**3.  Producer Name**

Alta Professional Insurance Services
14141 Farmington Road
Livonia, MI   48154

---

**4.    Limit of Liability (Includes Claim Expenses)**

$         1,000,000    Each Claim
$         2,000,000    Aggregate

---

**5.    Deductible**

$             2,500    Per Claim

---

**6.    Premium**

$             3,381    Number of Lawyers:        1

---

**7.    Forms Attached at Issue**

See Schedule of Forms Attached.

_Authorized Representative_                              Date Issued: March 21, 2013

WIC-LPL-DEC (01/11)                                                      Page 1 of 1

Electronically Filed 03/23/2017 10:01 / / CV 17 877764 / Confirmation Nbr. 1020704 / CLKMG

KAILAH K. BYRD
1200 Ontario
Cleveland, OH 44113

Cred0 CV17077784



RETURN RECEIPT REQUESTED ELECTRONICALLY

7118 9042 9550 0112 4681

WESCO INSURANCE COMPANY
NKA AMTRUST NORTH AMERICA
800 SUPERIOR AVE E FL 21
CLEVELAND OH 44114-2613