IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RENITA A. JORDAN, | ) | CASE NO. 1:17-CV-01025 |
| Plaintiff, | ) ) | JUDGE: DONALD C. NUGENT |
| v. | ) ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| WESCO INS. COMPANY et al., | ) ) ) | **WITH PREJUDICE (PARTIAL) AS TO DEFENDANT ADMIRAL INSURANCE COMPANY ONLY** |
| Defendants. | ) | |

*[Handwritten: 12/18/17 Motion Grtd. /s/ Donald C. Nugent]*

Now comes the Plaintiff, Renita A. Jordan, by and through attorney, Daniel J. Ryan, and pursuant to Civil Rule 41(2) files notice to this Court seeking an order by the Court a granting of a partial dismissal of the Complaint against the defendant ADMIRAL INSURANCE COMPANYT only in this case. This Dismissal request is made expressly with prejudice as to only ADMIRAL INSURANCE COMPANY. Plaintiff will continue the present action against all other Defendants named in her Complaint filed in this Action.

Respectfully submitted,

/s/ Daniel J. Ryan

Daniel J. Ryan #0012134
Attorney for Plaintiff
55 Public Square., Suite 2100
Cleveland, Ohio 44113
(216) 363-6082
Email daniel.ryan@ryanllp.com